IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JENNY BARTON; CHRISTIAN
TAYLOR; LIBBY WILHITE;
and VERONICA THOMAS                                        PLAINTIFFS

v.                            No. 3:14-cv-241-DPM

STAFFORD KEYS, JR.                                         DEFENDANT

### ORDER

The parties' joint status report is a month overdue. № 20 at 1. Please file

it by 10 February 2016. The parties should watch the deadlines in the Final

Scheduling Order, № 20, closely. Trial is coming up in June. If the plaintiffs

have personal email addresses, they should file them with the Court by

10 February 2016. And the Court directs Keys to serve all future filings on

plaintiffs at those email addresses, and by U.S. mail, and to so certify in his

future papers.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_1 February 2016_