IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JENNY BARTON; CHRISTIAN
TAYLOR; LIBBY WILHITE;
and VERONICA THOMAS                                              PLAINTIFFS

v.                          No. 3:14-cv-241-DPM

STAFFORD KEES, JR.                                                 DEFENDANT

ORDER

Status reports, № 24 & 25, noted and appreciated. Kees's bankruptcy means the case is stayed. The law provides those in bankruptcy with an automatic stay against all collection efforts, including lawsuits. 11 U.S.C. § 362(a)(1); *In re Vierkant*, 240 B.R. 317, 320 (B.A.P. 8th Cir. 1999). That means plaintiffs cannot continue this suit against Kees while he's in bankruptcy. This case, therefore, is stayed as of 12 October 2015 and is administratively terminated.

Kees must keep the Court informed about the status of his bankruptcy. Status report due 1 December 2016. The Court will lift the stay, and dismiss this case without prejudice, if no action is taken by 1 August 2017.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 February 2016