IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JENNY BARTON; CHRISTIAN
TAYLOR; LIBBY WILHITE;
and VERONICA THOMAS                                          PLAINTIFFS

v.                      No. 3:14-cv-241-DPM

STAFFORD KEES, JR.                                            DEFENDANT

## ORDER

There has been no action in this case since the parties notified the Court about Kees's bankruptcy. № 24 & 25. And nobody filed the requested status report about the pending bankruptcy proceedings, or any other paper that says something has changed. № 26 & 27. The Court therefore lifts the stay and will dismiss the case without prejudice. № 26.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
3 August 2017