IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JENNY BARTON; CHRISTIAN
TAYLOR; LIBBY WILHITE;
and VERONICA THOMAS                                              PLAINTIFFS

v.                      No. 3:14-cv-241-DPM

STAFFORD KEES and
STAFFORD KEES, JR.                                               DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 August 2017